3:26-mj-00067

DISTRICT OF OREGON, ss:          AFFIDAVIT OF ISAAC ERICKSON

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Isaac Erickson, being duly sworn, do hereby depose and state as follows:

1.      I am a Deportation Officer with the United States Department of Homeland Security "DHS", Immigration and Customs Enforcement "ICE".  I have been employed in this capacity since November 1, 2003.  Previously, I was employed as a United States Border Patrol Agent since April 7, 1997.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for **Miguel Alberto Martin-Vasquez**, for illegal re-entry in violation of Title 8, United States Code, § 1326(a).  As set forth below, there is probable cause to believe, and I do believe, that **Miguel Alberto Martin-Vasquez** illegally re-entered the United States following his removal in violation of Title 8, United States Code, § 1326(a).

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4.      Title 8, United States Code, § 1326 provides in relevant part that after having previously been arrested and denied admission, excluded, deported, and as an alien, it is unlawful to knowingly re-enter the United States without the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security.

## Statement of Probable Cause

5.      I have reviewed the official Alien Registration File Number XXX 679 350 and automated criminal records (FBI: XXXLAM9TP, SID: ORXXX05818) relating to Miguel Alberto Martin-Vasquez, and attest to the following:

a.      Miguel Alberto Martin-Vasquez, is a thirty year-old male, native and citizen of Mexico, who last entered the United States illegally by crossing the international border on an unknown date, at an unknown location, without first having obtained the consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security.

b.      Martin-Vasquez's Official Alien Registration File contains one Notice to Alien Ordered Removed/Departure Verification (DHS Form I-296) indicating that he was removed from the United States through Calexico, California, on December 19, 2018.

**Page 2 – Affidavit of Isaac Erickson**

6.      On November 17, 2025, Martin-Vasquez's fingerprints and photo were submitted into the Integrated Automated Fingerprint Identification System "IAFIS" by Sheriff's deputies at the Marion County Jail following his arrest on charges of Kidnapping Second Degree, Strangulation and Assault in the Fourth Degree Constituting Domestic Violence. IAFIS information confirmed Martin-Vasquez's identity under FBI Number XXXLAM9TP.

7.      On November 17, 2025, a search of FBI Number XXXLAM9TP was conducted through the Enforcement and Removal Module "EARM" and National Crime Information Center "NCIC" which verified Martin-Vasquez's immigration history and prior removals referenced above under Alien Registration File Number XXX 679 350.

8.      During my electronic queries of electronic records of the United States Department of Homeland Security (DHS) and my physical review of the copy of Martin-Vasquez's Alien Registration file, I found no indication that he ever applied for or obtained the permission of the United States Attorney General or the Secretary of Homeland Security to re-apply for admission into the United States after removal, including through a Form I-212.

### Conclusion

8.      Based on the foregoing, I have probable cause to believe, and I do believe, that Miguel Alberto Martin-Vasquez illegally re-entered the United States following his removal in violation of Title 8, United States Code § 1326(a).  I therefore request that the Court issue a criminal complaint and arrest warrant for **Miguel Alberto Martin-Vasquez**.

**Page 3 – Affidavit of Isaac Erickson**

9.    Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Nicholas Meyers.  AUSA Meyers advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*(By telephone, per FRCP 4.1)*
Isaac Erickson
Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement


Subscribed and sworn to me telephonically pursuant to FRCP 4.1 at 10:28 a.m. on this 24th day of March, 2026.


_____
HON. Youlee Yim You
United States Magistrate Judge

**Page 4 – Affidavit of Isaac Erickson**